THE PEOPLE OF THE STATE OF NEW YORK v. RICHARD CLEAVES.—

Concur — McGivern, J. P., Markewich, Kupferman, McNally and Steuer, JJ.